IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMOND MIMMS, )<br>)<br>    Petitioner, )<br>)<br>vs. )<br>)<br>GEORGE GALAZA, )<br>)<br>    Respondent. )<br>)<br>_____ ) | 1:06-CV-00923-AWI-WMW-HC<br><br>SECOND ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS **OR** PAY FILING FEE |

        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On August 21, 2006, the court ordered petitioner to submit an application to proceed in forma pauperis or pay the $5.00 filing fee. On August 28, 2006, petitioner submitted an application to proceed in forma pauperis. However, petitioner's application to proceed in forma pauperis did not include the required original signature by an authorized officer of the institution of incarceration. Additionally, petitioner has not submitted a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. <u>See</u> 28 U.S.C. § 1915. Petitioner has indicated that he had

difficulty obtaining the requested documentation.  Petitioner will be provided another opportunity to comply with the court's order to submit a new application to proceed in forma pauperis and a certified copy of his trust account statement, **or** to pay the $5.00 filing fee.

It is ultimately petitioner's responsibility to comply with the court's order by following institutional procedures or otherwise assuring that the court receives the required documents or the filing fee.  Petitioner is directed to provide a copy of this order to the prison trust office.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office shall send to plaintiff the form for application to proceed in forma pauperis, and two copies of this order.  Petitioner is to provide one copy to the prison trust office.

2. Within thirty days of the date of service of this order, petitioner shall submit a completed application to proceed in forma pauperis and an original certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint, or in the alternative, pay the $5.00 filing fee for this action.

3. Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:   September 20, 2006**            /s/ **William M. Wunderlich**
bl0dc4                                                    UNITED STATES MAGISTRATE JUDGE