IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DEMOND MAURICE MIMMS,**             ) | 1:06-cv-0923-AWI WMW HC |
| )  | |
| Petitioner,             ) | ORDER ADOPTING REPORT |
| ) | AND RECOMMENDATIONS |
| vs.             ) | RE DISMISSAL OF PETITION |
| ) | FOR WRIT OF HABEAS |
| ) | CORPUS |
| **GEORGE GALAZA,**             ) | |
| ) | [Doc. 6] |
| Respondent.             ) | |
| ) | |
| ) | |
| _____) | |

   Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

   On August 21, 2006, the court entered an order requiring Petitioner to submit an application to proceed in forma pauperis or pay the filing fee for this action by September 25, 2006. On August 28, 2006, Petitioner filed a motion to proceed in forma pauperis. On September 20, 2006, the court entered a second order requiring Petitioner to submit an application to proceed in forma pauperis or pay the filing fee. In that order, the court noted

that Petitioner's application of August 28, 2006, did not contain the required original signature of an authorized officer of the institution.  Additionally, Petitioner had not submitted the required certified copy of his prison trust account statement for the preceding six months.  Petitioner did not respond to the court's order.  Accordingly, on November 6, 2006, the court entered a report and recommendation recommending that this action be dismissed for lack of prosecution.

On November 21, 2006, Petitioner filed objections to the report and recommendation.  In his objection, Petitioner complains that the court has delayed in the processing of his case, and speculates that the real reason for the recommended dismissal of his case is his inability to pay the filing fee.  Petitioner does not address his failure to comply with the court's order of September 20, 2006.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)C) this court has conducted a de novo review of this case.   See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.   This action has been pending for close to one year, and Petitioner has not paid the filing fee or filed a completed application to proceed in forma pauperis.

Based on the foregoing, it is HEREBY ORDERED  that:

1. The report and recommendations issued by the Magistrate Judge on November 6,  2006, is adopted in full;
2. The Petition for Writ of Habeas Corpus is dismissed for lack of prosecution and failure to comply with a court order;
3.  The Clerk of the Court is directed to enter  judgment for Respondent and to close this case.

IT IS SO ORDERED.

**Dated:   July 26, 2007**              /s/ Anthony W. Ishii
                                  UNITED STATES DISTRICT JUDGE