1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DEMOND MAURICE MIMMS,                          1:06-cv-00923 AWI-WMW (HC)

12              Petitioner,                         ORDER GRANTING MOTION
                                                    TO PROCEED IN FORMA PAUPERIS
13        vs.
                                                    (DOCUMENT #4)
14   GEORGE GALAZA.

15              Respondent.
     _____/
16

17        Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28

18   U.S.C. § 2254.

19        Petitioner has filed a motion to proceed in forma pauperis.   Examination of  this document

20   reveals that petitioner is unable to afford the costs of this action.  Accordingly, the motion to proceed

21   in forma pauperis is GRANTED.  See 28 U.S.C. § 1915.

22   IT IS SO ORDERED.

23   Dated:   __December 18, 2007__          __/s/  William M. Wunderlich__
                                             UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28