UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMOND MAURICE MIMMS, | 1:06-cv-00923-AWI-WMW-(HC) |
| Petitioner, | |
| v. | ORDER REQUIRING PETITIONER TO INFORM THE COURT WHETHER HE WILL CONSENT TO JURISDICTION |
| GEORGE GALAZA, | OF THE MAGISTRATE JUDGE |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a habeas corpus action pursuant to 28 U.S.C. § 2254. On July 21, 2006, the Clerk of the Court mailed a consent/decline form to petitioner, with information and instructions for informing the Court whether he would consent to Magistrate Judge jurisdiction. Petitioner has not returned the consent/decline form.

Accordingly, petitioner is ORDERED to tell the Court whether he will consent to Magistrate Judge Jurisdiction. Petitioner must complete and return the consent/decline form within thirty (30) days. Failure to follow this order will result in a recommendation that this action be dismissed pursuant to Local Rule 11-110.

The Clerk of the Court is DIRECTED to send to petitioner another copy of the consent/decline form and the instructions for consent to Magistrate Judge jurisdiction.

IT IS SO ORDERED.

**Dated:   March 4, 2008**          /s/ **William M. Wunderlich**
                                    UNITED STATES MAGISTRATE JUDGE