**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **DEMOND MAURICE MIMMS,** ) | 1:06-cv-0923-AWI WMW HC |
| ) | |
| Petitioner, ) | ORDER GRANTING MOTION TO WITHDRAW MOTION TO DISMISS |
| ) | |
| vs. ) | |
| ) | [Doc. 30] |
| **GEORGE GALAZA,** ) | |
| ) | Answer due in 60 days |
| **Respondent.** ) | |
| ) | |
| _____ ) | |

     Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On March 18, 2008,   Respondent filed a motion to withdraw his motion to dismiss and requested sixty (60) days to file an answer in this case. Good cause appearing, Respondent's motion is HEREBY GRANTED.  Respondent's motion to dismiss is HEREBY VACATED.  Respondent is HEREBY GRANTED sixty (60) days to file an answer in this case.   Petitioner is HEREBY GRANTED thirty (30) days thereafter to

file a traverse.

IT IS SO ORDERED.

**Dated:     March 20, 2008**                              **/s/  William M. Wunderlich**
                                                          UNITED STATES MAGISTRATE JUDGE

2